**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRAVIS K. BURTON,

Plaintiff,

v. Case No. 3:26-cv-2779-WWB-SJH

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

---

**ORDER**

Plaintiff Travis K. Burton, an inmate of the Florida penal system, filed a pro se document titled “Rule 65 petition for restraining.” (Doc. 1). He did not pay the filing fee or move to proceed *in forma pauperis*.

Plaintiff alleges that in May 2026, Officer Savaldor took him to a room out of camera view, where Officer Ross and two inmates beat him. (*Id.* at 1–2). He further alleges that in August 2026, after he pursued a grievance, Sgt. Gray sprayed him with a chemical agent through his cell’s food flap and told him to stop writing grievances. (*Id.* at 2). Plaintiff asks the Court to “intervene and stop retaliation.” (*Id.* at 1).

Plaintiff’s filing does not commence a civil action. *See* Fed. R. Civ. P. 3 (“A civil action is commenced by filing a complaint with the court.”); *see also* M.D. Fla. R. 6.04(a) (“A pro se person in custody must use the standard form[.]”). Plaintiff has not filed a proper complaint, nor has he provided all the information required by the Court-approved civil rights complaint form. Therefore, the Court will dismiss the case without prejudice.

Because Plaintiff has not commenced a civil action, the Court does not reach his request for injunctive relief. If Plaintiff seeks a temporary restraining order or a preliminary injunction in a new case, he must file a motion that complies with Federal Rule of Civil Procedure 65 and the Local Rules of the Middle District of Florida. M.D. Fla. R. 6.01(a), 6.02(a).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.
3. The Clerk is directed to send Plaintiff a civil rights complaint form and an application to proceed *in forma pauperis*.
4. If he wishes to pursue his allegations, Plaintiff may file a new complaint in a new case, using the Court's civil rights complaint form and including sufficient factual matter to state a claim against a proper defendant. With the new complaint, he must either pay the filing fee or move to proceed *in forma pauperis*.

**DONE AND ORDERED** in Jacksonville, Florida, on November 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JaxP-13

c:
Travis K. Burton